IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

FILED

JUN 27 2017

Clerk, U S District Court
District Of Montana
Missoula

| | |
|---|---|
| KEITH R. LINN and JODI A. LINN,<br><br>Plaintiff,<br><br>vs.<br><br>NORTHWESTERN CORPORATION, d/b/a NORTHWESTERN ENERGY, and ASPLUNDH TREE EXPERT COMPANY,<br><br>Defendant. | CV 17–76–M–DLC<br><br>ORDER |

Defendant Asplundh Tree Expert Company moves for the admission of A. David Bona to practice before this Court in this case with Michael G. Black to act as local counsel. The application appears to be in order.

Accordingly, IT IS ORDERED that Defendant's motion to admit A. David Bona *pro hac vice* (Doc. 11) is GRANTED on the condition that Mr. Bona does his own work. This means that he must: (1) do his own writing; (2) sign his own pleadings, motions, and briefs; and (3) appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system (CM-ECF). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

1

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mr. Bona within fifteen (15) days of this Order, file a separate pleading acknowledging his admission under the terms set forth above.

DATED this 27th day of June, 2017.

Dana L. Christensen, Chief District Judge
United States District Court