IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| KEITH R. LINN and JODI A. LINN, | CV 17–76–M–DLC |
| Plaintiffs, | |
| vs. | ORDER |
| NORTHWESTERN CORPORATION, d/b/a NORTHWESTERN ENERGY, and ASPLUNDH TREE EXPERT COMPANY, | |
| DefendantS. | |

Pursuant to Plaintiffs' Unopposed Motion to Dismiss Case with Prejudice (Doc. 23),

IT IS ORDERED that this action is DISMISSED WITH PREJUDICE, the parties to bear their own costs and attorneys' fees. All deadlines are VACATED and any pending motions are DENIED as moot.

Dated this 4th day of October, 2017.

Dana L. Christensen, Chief Judge
United States District Court